**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| ROBERT CAMPBELL AND ) | CASE NO.: 2:22-bk-10594-elf |
| EMILY CAMPBELL ) | CHAPTER 13 |
| ) | JUDGE ERIC L. FRANK |
| DEBTORS ) | |
| ) | |
| US BANK TRUST NATIONAL ASSOCIATION,) | |
| NOT IN ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS OWNER TRUSTEE FOR VRMTG ) | |
| ASSET TRUST ) | |
| ) | |
| MOVANT ) | |
| ) | |
| ROBERT CAMPBELL AND EMILY ) | |
| CAMPBELL, DEBTORS AND ) | |
| KENNETH E. WEST, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust has filed a Motion for Relief from Stay with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion, then on or before **November 30, 2022** you or your attorney must do all of the following:
    (a)  file an answer explaining your position at:

    United States Bankruptcy Court
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b)  mail a copy to Movant's attorney:

    Joshua I. Goldman, Esq.
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, the United States Bankruptcy Judge, in Courtroom 1 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299 on **December 13, 2022 at 9:30 AM**, or as soon thereafter as counsel can be heard, to consider the motion.

  4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

  5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      /s/ Joshua I. Goldman
      Joshua I. Goldman, Esq.
      Pennsylvania Bar # 205047
      PADGETT LAW GROUP
      6267 Old Water Oak Road, Suite 203
      Tallahassee, FL 32312
      (850) 422-2520 (telephone)
      (850) 422-2567 (facsimile)
      josh.goldman@padgettlawgroup.com
      *Counsel for Creditor*

November 16, 2022

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 16th day of November 2022:

 

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 2:22-bk-10594-elf)

*DEBTORS*
ROBERT CAMPBELL
EMILY CAMPBELL
853 HILTON AVE
FEASTERVILLE TREVOSE, PA 19053

*ATTORNEYS FOR DEBTOR*
BRAD J. SADEK
SADEK AND COOPER
1500 JFK BOULEVARD, STE 220
PHILADELPHIA, PA 19102
BRAD@SADEKLAW.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV